John STANFORD v. UNITED STATES
of America.
No. 680.

Circuit Court of Appeals, Tenth Circuit.
May 13, 1932.

1076

W. C. Peters, of Tulsa, Okl., for appellant.

Jno. M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.